CIVIL NON-JURY TRIAL OR MOTION HEARING  Date:  November 3, 2022
MINUTE SHEET

| UNITED STATES DISTRICT COURT | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>**WINIFRED MIDKIFF, on behalf of herself and all others similarly situated**<br>      v.<br>**THE ANTHEM COMPANIES, INC., et al.** | CASE NO:  3:22CV00417-HEH<br><br>JUDGE:  Hudson, SUSDJ<br><br>COURT REPORTER:  Harding, OCR |

MATTER ON FOR:    ( ) Bench Trial   (X) Motion Hearing   (X)  OTHER:  Initial Pretrial Conference

APPEARANCES:        All parties by counsel

### TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF PLAINTIFF(S) ( )    DEFENDANT(S) ( )    COURT ( )
OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____
DEFENDANT(S) ADDUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____
REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )
EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )
FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )
MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )
COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____
COURT FOUND IN FAVOR OF DEFENDANTS ( ) _____
CLERK TO ENTER JUDGMENT ON DECISION ( )    TRIAL EXHIBITS RETURNED TO COUNSEL ( )

### ADDITIONAL NOTATIONS:

Matter came on for hearing on Plaintiff's Motion for Court-Authorized Notice Under the FLSA
  (ECF no. 26).
Argument heard.
Motion granted in-part; parties to submit proposed notice within 21 days.
Initial Pretrial Conference to be held in chambers.

### APPEARANCES:

Plaintiff          Craig J. Curwood, Esq. and Rachhana T. Srey, Esq.
Defendants   Christine M. Costantino, Esq. and Lennon B. Haas, Esq.

SET   9:00 a.m.        BEGAN   9:03 a.m.       ENDED   9:18 a.m.              TIME IN COURT   0:15